# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 14, 2010

137500 (39)

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

ANDRE BEZEAU,
        Plaintiff-Appellant,

v

PALACE SPORTS & ENTERTAINMENT, INC.,
        Defendant-Appellee.
_____/

SC: 137500
COA: 285593
WCAC: 03-000101

On order of the Court, the defendant's motion for full-Court consideration of the motion for recusal of Justice DAVIS is considered, and the defendant's motion to recuse Justice DAVIS is DENIED, for the reasons given in Justice DAVIS'S September 28, 2010 statement.

CORRIGAN, J., not participating. I decline to participate in the resolution of this motion for recusal directed at Justice DAVIS on the basis of my previously stated objections to the new disqualification rule.

YOUNG, J., not participating. Consistent with my previously stated objections to this Court's recently adopted disqualification rule,[1] I decline to participate in the recusal motion directed at Justice DAVIS.

---

[1] See 485 Mich civ, cxxxii (2009) (YOUNG, J., dissenting); *Pellegrino v Ampco Systems Parking*, 485 Mich 1134 (2010) (YOUNG, J., not participating)



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 14, 2010
_____
Clerk